JD:tac
AO 442 (Rev. 11/11) Arrest Warrant

2015R00192

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

KHAALID ADAM ABDULKADIR

Case No. 15-mj-984 BRT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     KHAALID ADAM ABDULKADIR,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment     ___ Superseding Indictment     ___ Information     ___ Superseding Information     _x_ Complaint
___ Probation Violation Petition     ___ Supervised Release Violation Petition     ___ Violation Notice     ___ Order of the Court

On or about December 9, 2015, in Hennepin County, in the State and District of Minnesota, defendant(s) impeded and retaliated against a federal judge and federal law enforcement officers.

in violation of Title 18, United States Code, Section(s) 115(a)(1)(B) and (b)(4).

Date: Dec 11, 2015

_____
*Issuing officer's signature*

City and State: Minneapolis, MN

Becky R. Thorson, U.S. Magistrate Judge
*Printed Name and Title*

---

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |


SCANNED
DEC 11 2015
U.S. DISTRICT COURT MPLS