UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Khaalid Adam Abdulkadir,<br><br>　　　　Defendant. | File No. 0:15-mj-984 KES<br><br>**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DISCLOSURE OF RULE 404(b) EVIDENCE** |

Defendant Khaalid Adam Abdulkadir ("Abdulkadir"), by and through his undersigned counsel, respectfully moves the Court for an Order directing the Government to immediately disclose any evidence of other crimes, bad acts, or similar course of conduct which it intends to offer pursuant to Fed. R. Evid. 404(b) and further directing the Government to identify the witnesses through whom such evidence will be presented at trial.

## ARGUMENT

Federal Rule of Evidence 404(b) provides:

(b) Other crimes, wrongs, or acts

Evidence of other crimes, wrongs, or acts is not admissible to prove the character of a person in order to show action in conformity therewith. It may, however, be admissible for other purposes, such as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident, provided that upon request by the accused, the prosecution in a criminal case shall provide reasonable notice in advance of trial, or during trial if the court excuses pretrial notice on good cause shown, of the general nature of any such evidence it intends to introduce at trial.

A precondition for admission of such evidence is the "reasonable notice in advance of trial" of prosecution's intent to introduce such evidence. Fed. R. Evid. 404(b). Failure to provide notice or obtain an excuse from the court renders the other act evidence inadmissible, whether the evidence is used in the prosecution's case-in-chief or for impeachment. *United States v. Vega*, 188 F.3d 1150, 1153 (9th Cir. 1999). Reasonable notice is designed to reduce surprise and promote early resolution of admissibility issues. *Id*.

Because Fed. R. Evid. 404(b) contains no specific time limits, the question thus turns to how much notice is "reasonable." *See United States v. Williams*, 792 F. Supp. 1120, 1133 (S.D. Ind. 1992). Recently, United States Magistrate Judge Veronica L. Duffy ordered the Government to provide pretrial notice of Rule 404(b) material and noted that "[w]hen the government withholds pretrial notice of evidence that arguably could be characterized as 404(b) evidence, it does so at its peril." *United States v. Said*, 0:15-CR-00145-LLP-VLD, at 4 (D. Minn., Aug. 25, 2015, Dkt. No. 64).

Here, in order to adequately prepare his defense, Abdulkadir requests disclosure of Rule 404(b) material, including any evidence of other crimes, bad acts, or similar course of conduct and further, requests the identification of any witnesses through whom this evidence will be presented. The evidence is particularly vital here, where the Government alleges that Abdulkadir has been in contact with individuals associated with designated foreign terrorist organizations and alleges he has otherwise supported those associated with foreign terrorist organizations. (Dkt. No. 1, Compl., Affidavit in Support of an

Application for a Criminal Complaint and Arrest Warrant, ¶¶ 11, 14, 13 [sic, p. 7], 14 [sic, p. 8]). As such, disclosure of the Government's intent to use any Rule 404(b) evidence and the individuals the Government expects to call as witnesses to support this evidence is critical to Abdulkadir's preparation of his defense.

## CONCLUSION

For the reasons stated, Abdulkadir requests that the Court order the Government to immediately disclose any evidence of other crimes, bad acts, or similar course of conduct which it intends to offer pursuant to Fed. R. Evid. 404(b) and further directing the Government to identify the witnesses through whom such evidence will be presented at trial.

DATED:  December 22, 2015    **ROBINS KAPLAN LLP**

By: */s/ Christopher W. Madel*
  Christopher W. Madel,  (230297)
  Aaron R. Thom,  (0392646)

800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
612 349 8500
CMadel@RobinsKaplan.com
AThom@RobinsKaplan.com

**ATTORNEYS FOR DEFENDANT**

3