UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Khaalid Adam Abdulkadir,<br><br>    Defendant. | File No. 0:16-cr-00002-KES-VLD<br><br>**MOTION TO DISMISS INDICTMENT OR FOR A BILL OF PARTICULARS** |

Defendant Khaalid Adam Abdulkadir ("Abdulkadir"), by and through his undersigned counsel, respectfully moves pursuant to Fed. R. Crim. P. 7(c) to dismiss the Indictment in the above-captioned matter dated January 5, 2016.

In the alternative, Abdulkadir moves pursuant to Fed. R. Crim. P. 7(f) for a bill of particulars.

DATED:  January 20, 2016            **ROBINS KAPLAN LLP**

By:  */s/ Christopher W. Madel*
      Christopher W. Madel,  (230297)
      Aaron R. Thom,  (0392646)

800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
612 349 8500
CMadel@RobinsKaplan.com
AThom@RobinsKaplan.com
SEllingson@RobinsKaplan.com

**ATTORNEYS FOR DEFENDANT**