# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | File No. 0:16-cr-00002-KES-VLD |
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| Khaalid Adam Abdulkadir, | |
| Defendant. | |

This matter comes before the Court on Defendant's Motion to Dismiss Indictment or for a Bill of Particulars.

Based on the files, records, and proceedings herein, Defendant Khaalid Adam Abdulkadir's Motion to Dismiss Indictment or for a Bill of Particulars is hereby GRANTED.

IT IS HEREBY ORDERED THAT:

The Indictment in the above-captioned matter dated January 5, 2016 is dismissed for failure to set forth facts constituting the alleged federal criminal violation as required by Fed. R. Crim. P. 7(c).

Dated: _____        BY THE COURT:

                                                                    _____
                                                                    The Honorable Karen E. Schreier
                                                                    United States District Court Judge