UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KHAALID ADAM ABDULKADIR,<br><br>Defendant. | 0:16-CR-00002-KES-VLD<br><br>ORDER DENYING DEFENDANT'S MOTION FOR DISCLOSURE OF RULE 16(A) AND *BRADY* MATERIAL<br><br>[DOCKET NO. 58] |

Defendant Khaalid Adam Abdulkadir filed a motion seeking immediate disclosure from the government of seven (7) enumerated categories of information or documents. See Docket No. 23. Mr. Abdulkadir asserts that these discovery requests are made pursuant to FED. R. CRIM. P. 16, Brady v. Maryland, 373 U.S. 83 (1963), and Giglio v. United States, 405 U.S. 150 (1972). In addition, Mr. Abdulkadir asks for an order that all trial exhibits be exchanged at least eight (8) weeks prior to the start of trial in this matter.

The pending motion is nearly identical, and is identical in substance, to a motion previously filed by Mr. Abdulkadir on December 22, 2015. Compare Docket Nos. 23 & 24 with Docket Nos. 58 & 59. The government's response to Mr. Abdulkadir's present motion is the same as its response to his earlier motion last month. Compare Docket No. 37 with Docket No. 67.

The court denied Mr. Abdulkadir's previous motion because the government indicated it would turn over any Brady and Giglio material in a timely fashion, as required by the district court's scheduling order and

Mr. Abdulkadir had not mentioned the district court's order nor explained why it was inadequate. See Docket No. 39. In addition, Mr. Abdulkadir had not demonstrated in the four corners of the motion that he had tried to resolve his discovery dispute with government counsel prior to filing the motion as required by the district court's scheduling order. Id. Finally, the court found Mr. Abdulkadir's motion premature. Id. The court denies Mr. Abdulkadir's present motion on the same grounds, incorporating by reference herein the court's prior order. Accordingly, it is hereby

ORDERED that the motion for disclosure by defendant [Docket No. 58] is denied on the same grounds as set forth in the court's earlier opinion at Docket No. 39.

DATED January 25, 2016.

BY THE COURT:

*Veronica L. Duffy*

VERONICA L. DUFFY
United States Magistrate Judge