UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KHAALID ADAM ABDULKADIR,<br><br>Defendant. | 0:16-CR-00002-KES-VLD<br><br><br>ORDER AFFIRMING MAGISTRATE JUDGE'S DISCOVERY ORDER |

**NATURE AND PROCEDURE**

Defendant, Khaalid Adam Abdulkadir, moved for an order directing the government to disclose seven enumerated categories of information. Docket 58. The motion was referred to the magistrate judge for resolution under 28 U.S.C. § 636(b)(1)(A). The magistrate judge denied Abdulkadir's motion. Docket 69. Abdulkadir timely filed objections to the magistrate judge's order. Docket 74.

In his objections, Abdulkadir asserted that the parties had come to an agreement regarding discovery, but the government had not disclosed all of the requested material. In its response, the government failed to state definitively whether it has disclosed all of the requested material. Before ruling on Abdulkadir's objections, the court ordered the government to file an affidavit detailing the categories of discovery it has not disclosed. Docket 83. The government filed the affidavit on February 26, 2016.

Based on the government's affidavit, the court finds that the government has disclosed all the discoverable material that Abdulkadir requested. Thus, it is

ORDERED that the magistrate judge's order denying the motion for disclosure of discovery material (Docket 69) is AFFIRMED.

Dated March 1, 2016.

                            BY THE COURT:

                            /s/ *Karen E. Schreier*
                            KAREN E. SCHREIER
                            UNITED STATES DISTRICT JUDGE