UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KHAALID ADAM ABDULKADIR,

    Defendant.

CR 16-02 (KES/VLD)

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT 1
(Threatening Federal Employees)

On or about December 9, 2015, in the State and District of Minnesota, the defendant,

Khaalid Adam Abdulkadir

did, in violation of Title 18, United States Code, Section 111(a)(1), threaten a federal judge and federal law enforcement officers.

Dated: March 8, 2016

ANDREW M. LUGER
United States Attorney

BY: JOHN DOCHERTY
Assistant U.S. Attorney
Attorney ID No. 017516X

SCANNED
MAR 08 2016
U.S. DISTRICT COURT MPLS