Prob 12 (Rev. 11/1/2004)

# United States District Court

## for the
## DISTRICT OF MINNESOTA

United States v. Khaalid Adam Abdulkadir

Docket No. 0864 0:16CR00002-001(KES)

### Petition on Probation

COMES NOW **James J. Weinberger**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Khaalid Adam Abdulkadir** who was sentenced for Threatening Federal Employees on March 8, 2016, by the Honorable Karen E. Schreier, who fixed the period of supervision at 3 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment program
- Submit to searches
- Computer restrictions
- Financial disclosure
- Psychological/psychiatric counseling/treatment
- Home detention with location monitoring for 2 years
- Employment required
- Financial disclosure
- Do not possess/view/use material that reflects extremist or terroristic views
- Cooperate with a post-conviction investigation report
- Do not apply for a passport

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

SPECIAL CONDITION: The defendant shall not possess or use a computer or have access to any on-line service without the prior approval of the U.S. Probation and Pretrial Services Office. The defendant's cooperation shall include, but not be limited to, allowing installation of a computer and Internet monitoring program and/or identifying computer systems, Internet-capable devices, and similar memory and electronic devices to which the defendant has access. Monitoring may include random examinations of computer systems along with Internet, electronic, and media storage devices under the defendant's control. The computer system or devices may be removed for a more thorough examination, if necessary. The defendant shall contribute to the cost of such monitoring services, based on the defendant's ability to pay, as deemed appropriate by the U.S. Probation and Pretrial Services Office.

Petition on Supervised Release  RE: **Khaalid Adam Abdulkadir**
Page 2  Docket No. 0864 0:16CR00002-001(KES)

---

On June 6, 2016, New Hope, Minnesota, Police executed a traffic stop on a vehicle driven by the defendant. Inside the vehicle, the defendant possessed a cellular phone (which he was permitted to have) and two smart phones, which he is not allowed to have based on the terms of his probation. He was issued a warning for a Seatbelt Violation. On June 7, 2016, Mr. Abdulkadir reported the smart phones did not belong to him; however, he turned them into this officer. It appears neither smart phone is operational.

According to a report from the Bloomington, Minnesota, Police Department, following an incident on April 21, 2016, in which the offender was charged with Misdemeanor Theft, the defendant was on a No Trespass Order at the Mall of America until April 22, 2017. However, on July 6, 2016, he was found in the food court at the Mall of America. The defendant was arrested and charged with Misdemeanor Trespassing in Hennepin County District Court. The offender denied having knowledge that he was not allowed in the Mall of America until April 22, 2017.

> SPECIAL CONDITION: The defendant shall participate in a location monitoring program for a period of 2 years. The defendant shall be monitored using voice verification, radio frequency, or global positioning system (GPS) technology as determined by the probation officer. The defendant shall be monitored under the following restrictions: The defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; court obligations; or discretionary leave activities as approved by the probation officer. The defendant shall not be required to pay the costs of location monitoring.

On July 11, 2016, Mr. Abdulkadir submitted a request to work at his job on July 16, 2016. The request was approved. However, on July 16, 2016, he did not go to work and spent several hours in the Riverside area of Minneapolis, Minnesota, and Eden Prairie, Minnesota. He subsequently admitted that, without permission, he attended a wedding, then went to obtain work pants before planning to going to work.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

Petition on Supervised Release  
Page 3

RE: **Khaalid Adam Abdulkadir**  
Docket No. 0864 0:16CR00002-001(KES)

---

The defendant shall reside for a period of 90 days in a residential reentry center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this __21st__ day of __July 2016__, and ordered filed and made a part of the records in the above case.

_Karen E. Schreier_  
Honorable Karen E. Schreier  
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/James Weinberger  
James J. Weinberger  
U.S. Probation Officer  
Telephone: 612-664-5412

Executed on   July 20, 2016  
Place        Minneapolis

Approved:

s/ _John G. Baskfield_  
John G. Baskfield  
Supervising U.S. Probation Officer