# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

### FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: VERONICA L DUFFY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:          16-CR-2 (KES/VLD) (1) |
| | ) | Date:               August 30, 2016 |
| Khaalid Adam Abdulkadir, | ) | Courthouse:    Minneapolis |
| | ) | Courtroom:     15E |
| Defendant. | ) | Court Reporter: Kristine Mousseau |
| | ) | Time Commenced: 2:00 p.m. |
| | ) | Time Concluded: 2:30 p.m. |
| | | Time in Court:  30 Minutes |

APPEARANCES:

Plaintiff:        John Docherty, Assistant U.S. Attorney
Defendant:   Sam Khoroosi for Christopher Madel, CJA Appointed Attorney

☐ FPD        ☒ CJA        ☐ Retained        ☒ To Be Appointed

☒ Attorney Christopher Madel is appointed. Order to be filed.
☒ Parties consent for Magistrate Judge Duffy to appear by video conference for the hearing. Waiver signed and filed with the Court on 8/29/16.

Date Charges Filed:    August 12, 2016
Offense:                      Violation of Probation Conditions

on ☐ Indictment  ☐ Information  ☐ Complaint    Warrant for Violation of ☐ Pretrial Release ☒ Probation

☒ The Government Read the Pertinent Portions of the Petition
☒ Advised of Rights

The Final Revocation Hearing shall be scheduled by Judge Karen E. Schreier

☒  The Government does not seek detention. Detention hearing the preliminary hearing are moot.

Defendant is released on all the conditions previously imposted conditions and all amended conditions imposed by Judge Schreier.

s/KW
Temporary Courtroom Deputy