Prob 12 (Rev. 11/1/2004)

# United States District Court
### for the
### DISTRICT OF MINNESOTA

United States v. Khaalid Adam Abdulkadir

Docket No. 0864 0:16CR00002-001(KES)

### Petition on Probation

COMES NOW **James J. Weinberger**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Khaalid Adam Abdulkadir** who was sentenced for Threatening Federal Employees on March 8, 2016, by the Honorable Karen E. Schreier, who fixed the period of supervision at 3 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in drug/alcohol treatment program
- Submit to searches
- Computer restrictions
- Financial disclosure
- Psychological/psychiatric counseling/treatment
- Home detention with location monitoring for 2 years
- Employment required
- Financial disclosure
- Do not possess/view/use material that reflects extremist or terroristic views
- Cooperate with a post-conviction investigation report
- Do not apply for a passport
- 90 days placement in a residential reentry center (modified on July 21, 2016)
- 60 days placement in a residential reentry center (modified September 20, 2016)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a location monitoring program for a period of 2 years. The defendant shall be monitored using voice verification, radio frequency, or global positioning system (GPS) technology as determined by the probation officer. The defendant shall be monitored under the following restrictions: The defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; court obligations; or discretionary leave activities as approved by the probation officer. The defendant shall not be required to pay the costs of location monitoring.

Petition on Supervised Release  
Page 2

RE: **Khaalid Adam Abdulkadir**  
Docket No. 0864 0:16CR00002-001(KES)

---

Following his Final Revocation Hearing on September 20, 2016, the offender made an unauthorized stop at his aunt's house in Minneapolis, Minnesota, before returning to the residential reentry center. The undersigned confronted the defendant, and he admitted to violating the rules because he wanted to update his relatives about the outcome of his violation hearing.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

> The defendant shall serve 7 days in custody as a condition of probation, pursuant to 18 U.S.C. §§ 3583(d)(3) and 3563(b)(10).

ORDER OF THE COURT

Considered and ordered this  26th  day of  September , and ordered filed and made a part of the records in the above case.

s/ Karen E. Schreier  
Honorable Karen E. Schreier  
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/James Weinberger  
James J. Weinberger  
U.S. Probation Officer  
Telephone: 612-664-5412

Executed on  September 23, 2016  
Place  Minneapolis

Approved:

s/ John G. Baskfield  
John G. Baskfield  
Supervising U.S. Probation Officer