# United States District Court
## STATE AND DISTRICT OF MINNESOTA

RECEIVED
MAY 22 2017
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

v.

KHAALID ADAM ABDULKADIR

GOVERNMENT'S EXHIBIT LIST

Criminal No. 16-02 (KES)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Karen E. Schreier | Charles J. Kovats, Jr., AUSA | Christopher Madel, Esq. |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| May 19, 2017 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | GPS Tracker, March 22, 2017 (3 photos) |
| 2 | | | | | GPS Tracker, March 27, 2017 (2 photos) |
| 3 | | | | | GPS Tracker, March 28, 2017 (3 photos) |
| 4 | | | | | GPS Tracker, March 30, 2017 |
| 5 | | | | | GPS Tracker, March 31, 2017 (4 photos) |
| 6 | | | | | GPS Tracker, April 4, 2017 (3 photos) |
| 7 | | | | | GPS Tracker, April 7, 2017 (9 photos) |
| 8 | | | | | GPS Tracker, April 8, 2017 and Text Message (5 photos) |
| 9 | | | | | GPS Tracker, April 10, 2017 (3 photos) |
| 10 | | | | | GPS Tracker, April 11, 2017 (2 photos) |
| 11 | | | | | GPS Tracker, May 9, 2017 (2 photos) |
| 12 | | | | | GPS Tracker, April 12, 2017 – May 8, 2017 (35 photos) |
| 13 | | | | | Urinalysis Documents |
| 14 | | | | | Attendance Records, St. Paul College |
| 15 | | | | | |


SCANNED
MAY 22 2017
U.S. DISTRICT COURT MPLS