Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

## DISTRICT OF MINNESOTA

United States v. Khaalid Adam Abdulkadir

Docket No. 0864 0:16CR00002-001(KES)

### Petition on Probation

COMES NOW **Eric R. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Khaalid Adam Abdulkadir** who was sentenced for Threatening Federal Employees on March 8, 2016, by the Honorable Karen E. Schreier, who fixed the period of supervision at 3 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Location monitoring for two years
- Computer/Internet restrictions
- No possession/viewing of extremist or terroristic views
- Substance abuse treatment/testing
- Mental health treatment
- Search/seizure
- Access to financial information
- Cooperate with post-conviction report
- Not apply for a passport
- Employment
- 90 days placement at a residential reentry center (modified July 21, 2016)

On September 20, 2016, the defendant appeared before Your Honor for a final revocation hearing. At that time, the defendant admitted the violations and Your Honor modified the defendant's conditions of probation to include an additional 60 days placement at a residential reentry center.

- 7 days custody (modified September 26, 2016)

On May 19, 2017, the defendant appeared before Your Honor for a final revocation hearing. At that time, the defendant admitted the violations and Your Honor revoked the defendant's probation and he was sentenced to the custody of the Bureau of Prisons (BOP) for 6 months, followed by 1 year of supervised release. Furthermore, Your Honor added the following special condition:

- 90 days participation in the location monitoring program utilizing Global Positioning System (GPS) technology

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a mental health counseling or treatment program, as approved by the probation officer. This

program may include psychological/psychiatric counseling or treatment, family counseling, and mentor support.

On February 7, 2018, the defendant failed to attend his mental health counseling appointment at Avivo as he was a no call/no show. Furthermore, the defendant has not actively engaged in scheduling/attending his mental health appointments on a consistent basis.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

> The defendant shall participate in a location monitoring program for a period of 30 days. The defendant shall be monitored using global positioning system (GPS) technology. The defendant shall be monitored under the following restrictions:
>
> The defendant is restricted to their residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; court obligations; or discretionary leave activities as approved by the probation officer.
>
> The defendant shall not be required to pay the costs of location monitoring.

|  |  |
|---|---|
| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this __23rd__ day of __February__, and ordered filed and made a part of the records in the above case. | s/ *Eric R. Hermes* <br> Eric R. Hermes <br> U.S. Probation Officer <br> Telephone: 612-664-5367 |
| /s/ Karen E. Schreier <br> Honorable Karen E. Schreier <br> U.S. District Judge | Executed on   February 23, 2018 <br> Place             Minneapolis <br><br> Approved: <br><br> s/ Darren F. Kerns <br> Darren F. Kerns <br> Supervising U.S. Probation Officer |