Prob 12 (Rev. 11/1/2004)

# United States District Court
## for the
### DISTRICT OF MINNESOTA

United States v. Khaalid Adam Abdulkadir

Docket No. 0864 0:16CR00002-001(KES)

**Petition on Probation**

COMES NOW **Eric R. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Khaalid Adam Abdulkadir** who was sentenced for Threatening Federal Employees on March 8, 2016, by the Honorable Karen E. Schreier, who fixed the period of supervision at 3 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Location monitoring for two years
- Computer/internet restrictions
- No possession/viewing of extremist or terroristic views
- Substance abuse treatment/testing
- Mental health treatment
- Search/seizure
- Access to financial information
- Cooperate with post-conviction report
- Not apply for a passport
- Employment
- 90 days placement at a residential reentry center (modified July 21, 2016)

On September 20, 2016, the defendant appeared before Your Honor for a final revocation hearing. At that time, the defendant admitted the violations and Your Honor modified the defendant's conditions of probation to include an additional 60 days placement at a residential reentry center.

- 7 days custody (modified September 26, 2016)

On May 19, 2017, the defendant appeared before Your Honor for a final revocation hearing. At that time, the defendant admitted the violations and Your Honor revoked the defendant's probation and he was sentenced to the custody of the Bureau of Prisons (BOP) for 6 months, followed by 1 year of supervised release. Furthermore, Your Honor added a condition requiring the defendant to participate in 90 days of a location monitoring program utilizing Global Positioning System (GPS) technology

- 30 days participation in the location monitoring program utilizing Global Positioning System (GPS) technology (modified February 23, 2018)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant must not unlawfully possess a controlled substance.

MANDATORY CONDITION: The defendant must refrain from any unlawful use of a controlled substance.

On April 30, 2018, the defendant reported to Avivo in Minneapolis, Minnesota for a drug screen, which tested presumptive positive for marijuana. At that time, the defendant denied any use of marijuana.

On May 3, 2018, the defendant reported to the probation office in Minneapolis, Minnesota, and provided a drug screen, which tested presumptive positive for marijuana. The defendant admitted to using marijuana on April 25, 2018.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

The defendant shall participate in a location monitoring program until the expiration of his supervised release on August 16, 2018. The defendant shall be monitored using global positioning system (GPS) technology. The defendant shall be monitored under the following restrictions:

The defendant is restricted to their residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; court obligations; or discretionary leave activities as approved by the probation officer.

The defendant shall not be required to pay the costs of location monitoring.

ORDER OF THE COURT

Considered and ordered this 9th day of May, 2018, and ordered filed and made a part of the records in the above case.

_s/ Karen E. Schreier_
Honorable Karen E. Schreier
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Eric R. Hermes*
Eric R. Hermes
U.S. Probation Officer
Telephone: 612-664-5367

Executed on   May 3, 2018
Place         Minneapolis

Approved:

s/ Darren F. Kerns
Darren F. Kerns
Supervising U.S. Probation Officer